UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PAULA A. GORDON, individually
and on behalf of her minor grandchild, REP

VERSUS

HUNTER V. GREENE, ET AL.

CIVIL ACTION

NO. 21-67-JWD-EWD

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 13) dated April 15, 2021, to which an objection (Doc. 16) was filed,

**IT IS ORDERED** that the following motions are **GRANTED**, and the claims by Plaintiff Paula A. Gordon against Hunter Greene, Donald T. Johnson, Karen Allain, and Prisca A. Zeigler are **DISMISSED WITH PREJUDICE** as Plaintiff has not timely opposed the motions and the motions appear to have merit: 1) Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6), filed by Judges Hunter Greene and Donald Johnson (Doc. 5); 2) Defendant Karen Allain's Motion to Dismiss (Doc. 9); and 3) Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6), filed by Prisca A. Zeigler (Doc. 12).

Signed in Baton Rouge, Louisiana, on May 10, 2021.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA