UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**PAULA A. GORDON, individually
and on behalf of her minor grandchild, REP**

**VERSUS**

**HUNTER V. GREENE, ET AL.**

**CIVIL ACTION**

**NO.   21-67-JWD-EWD**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated March 12, 2022, (Doc. 29), to which an objection, (Doc. 30) was filed and considered;

**IT IS ORDERED** that the Motion to Dismiss, (Doc. 14), filed by Defendant Leslie Parker, is **GRANTED**, and that all federal claims asserted by Plaintiff Paula A. Gordon against Parker are **DISMISSED** as Plaintiff fails to adequately state a claim under 42 U.S.C. §§ 1983, 1985, and 1986.

Because the reasoning underlying the recommendation that Plaintiff's federal claims against Parker be dismissed also applies to Plaintiff's federal claims against Defendant Dennis Fitzgerald**, IT IS FURTHER ORDERED** that all federal claims asserted by Plaintiff against Fitzgerald are **DISMISSED** on the Court's own motion.

**IT IS FURTHER ORDERED** that because all of Plaintiff's federal claims have been dismissed, the Court declines to exercise supplemental jurisdiction under 28 U.S.C. § 1367 over Plaintiff's state law claims.

**IT IS FURTHER ORDERED** that Plaintiff is given **thirty (30) days** to file an amended complaint if she believes she can allege sufficient facts to establish her claims against Defendants Parker and/or Fitzgerald, considering her Fed. R. Civ. Proc. 11 obligations.

**IT IS FURTHER ORDERED** that the Motion to Deny Entry of Judgment and Motion for Leave of Court to File Responsive Pleadings, (Doc. 26), filed by Defendant Dennis Fitzgerald, is **TERMINATED as moot** in light of the *sua sponte* recommendation regarding Plaintiff's claims against him. If Plaintiff amends her complaint, Fitzgerald should be permitted to respond.

Signed in Baton Rouge, Louisiana, on <u>March 29, 2022</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**