UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**PAULA A. GORDON, individually
and on behalf of her minor grandchild, REP**

**VERSUS**

**HUNTER V. GREENE, ET AL.**

CIVIL ACTION

NO. 21-067-JWD-EWD

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated March 29, 2023 (Doc. 84), to which an objection was filed and considered (Doc. 86), having determined that Plaintiff's Second Amended Complaint fails to state a federal claim as to any Defendant, and there being no operative complaint of record,

**IT IS ORDERED** that all federal claims asserted by Plaintiff Paula Gordon in this action are **DISMISSED** on the Court's own motion as Plaintiff fails to adequately state a claim as to any of the Defendants for the reasons explained in the Court's Ruling and Order.[1]

**IT IS FURTHER ORDERED** that the Court declines supplemental jurisdiction under 28 U.S.C. § 1367 over Plaintiff's state law claims as there are no pending federal claims.

**IT IS FURTHER ORDERD** that because Plaintiff's claims against Defendants Judge Hunter Greene and Judge Donald Johnson were previously dismissed as barred by absolute judicial immunity, Plaintiff's claims against Defendant Jeff Landry, the Louisiana Attorney General ("AG Landry"), also are dismissed.

**IT IS FURTHER ORDERED** that since the report and recommendation is being adopted, Plaintiff's Motion for Disqualification of Counsel (Doc. 57), which seeks to disqualify AG Landry

---

[1] Doc. 83. As noted in the Ruling and Order, the claims Plaintiff purports to assert on behalf of her granddaughter, REP (and/or Plaintiff's daughter) are properly dismissed without prejudice. Doc. 83, pp. 19-21. All other federal claims asserted by Plaintiff should be dismissed with prejudice.

1

and the Louisiana Department of Justice from representing Judges Greene and Johnson in this matter, is **TERMINATED**.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>April 24, 2023</u>.

                                      **JUDGE JOHN W. deGRAVELLES**
                                      **UNITED STATES DISTRICT COURT**
                                      **MIDDLE DISTRICT OF LOUISIANA**